ANTHONY W. GIBBS, ESQ. – SB#047880
LAW OFFICES OF ANTHONY W. GIBBS
655 Middlefield Road
Redwood City, CA 94063
Tel: 650-367-7500
Fax: 650-367-1700

Attorney for Defendant
PRAKASH DARKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4-05-70994 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE 2/1/06 HEARING |
| vs. | |
| PRAKASH DARKE, | |
| Defendant. | |

The parties request that the preliminary hearing in the above matter set for February 1, 2006 at 10:00 a.m. be continued. This request is made because discovery necessary to further prepare and evaluate the case by counsel is being assembled but has not yet been received. Also, Anthony Gibbs, attorney for defendant, has been called out of town on a personal/family emergency and will not be available on February 1.

The parties request that the February 1, 2006 court date be continued to February 22, 2006 at 10:00 a.m.. The parties agree to excluding time under the Speedy Trial Act,

18 U.S.C. Section 3161(b) from February 1, 2006 to February 22, 2006 in order to provide for effective preparation of the case.

IT IS SO STIPULATED:

_____
LEWIS A. DAVIS
Assistant United States Attorney

_____
ANTHONY W. GIBBS
Attorney for Defendant Prakash Darke

## ORDER

With the agreement of the parties, the Court enters this order setting the next hearing date to February 22, 2006 at 10:00 a.m. and orders excluding time under the Speedy Trial Act, 18 U.S.C. Section 3161(b) from February 1, 2006 to February 22, 2006.

IT IS SO ORDERED:

DATED __January 31, 2006__

_____
WAYNE D. BRAZIL
United States Magistrate Judge