**FILED**

MAR 2 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,

11                Plaintiff(s),                    No.   4-05-70994–WDB

12                      v.                         **ORDER COMPELLING**
                                                   **COUNSEL TO COMPLY WITH**
13                                                 **GENERAL ORDER 45 AND**
                                                   **OTHER E-FILING**
14                                                 **REQUIREMENTS**

15   Prakash Darke,

16                Defendant.
                                        /
17

18        **TO ANTHONY W. GIBBS, ESQ., COUNSEL OF RECORD FOR**

19   **DEFENDANT:**

20        1.    YOU are hereby ORDERED TO COMPLY with General Order 45 of

21   the U.S. District Court for the Northern District of California and to follow proper

22   procedures for submitting via e-filing stipulations and other documents requiring a

23   signature.

24        YOU **MUST** comply with General Order 45.VIII which states,

25        [i]n addition to being filed, proposed orders in cases designated for e-
          filing shall be lodged with the court by being transmitted by
26        electronic mail to the specific addresses for that purpose which may
          be found on the ECF web site.  [Emphasis added.]

27

28

1  Counsel has failed on two occasions to lodge proposed orders by transmitting
2  them to the Undersigned's Proposed Order e-mail address.  The Court will <u>not</u> sign
3  any subsequent proposed orders that counsel has failed to lodge by transmitting
4  them to the Undersigned's Proposed Order e-mail address.  Moreover, it is
5  <u>counsel's responsibility</u> to comply with all orders from this court.  Accordingly,
6  court staff will no longer telephone YOU to notify YOU that YOU have not
7  complied with General Order 45.

8      2.      Additionally, counsel has e-filed a stipulation that does not bear the
9  mark "/s/" on the signature line for each stipulating party.  See attached document
10  number 7.  The <u>e-filed</u> version of a document is the <u>official court record</u>.  By
11  affixing the mark "/s/" to a document that YOU e-file YOU ATTEST that YOU
12  have obtained the actual signature of each of the signatories so marked.
13  Documents that require a signature but are e-filed without the "/s/" on the
14  signature line constitute <u>unsigned</u> documents <u>regardless</u> of whether YOU have in
15  YOUR possession a copy of the document containing the actual signatures of the
16  parties.  The document is considered <u>unsigned</u> <u>even if</u> YOU deliver a copy of the
17  document bearing the parties' actual signatures <u>to the Court</u>.  This is so because
18  that copy is <u>not</u> part of the <u>official court record</u> – only the <i>e-filed</i> version is part of
19  the official record.

20      Accordingly, YOU **MUST** affix the mark "/s/" to the signature line of all
21  documents YOU e-file when YOU can attest that YOU have obtained the actual
22  signature of each of the signatories so marked.  The Court will <u>not</u> take action in
23  response to any subsequent unsigned documents.  Again, it is <u>counsel's</u>
24  <u>responsibility</u> to comply with this order.  Court staff will no longer telephone
25  YOU to notify YOU that YOU have not affixed the mark "/s/" to documents that
26  require a signature.
27  //
28  //

2

1         Future failures by YOU to comply with this Court's orders may result in

2    contempt proceedings.

3    IT IS SO ORDERED.

4    DATED: March 24 2006                 /s/ Wayne D. Brazil

5                                          Wayne D. Brazil

6                                          United States Magistrate Judge

7    Copies to:
     parties of record, (via ecf and hard copy mailed to defendant's attorney

8    wdb, stats

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                        3

ANTHONY W. GIBBS, ESQ. – SB#047880
LAW OFFICES OF ANTHONY W. GIBBS
655 Middlefield Road
Redwood City, CA  94063
Tel:  650-367-7500
Fax:  650-367-1700


Attorney for Defendant
PRAKASH DARKE



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND BRANCH


| UNITED STATES OF AMERICA, | NO.  4-05-70994 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE 3/24/06 HEARING |
| vs. | |
| PRAKASH DARKE, | |
| Defendant. / | |

The parties request that the preliminary hearing in the above matter set for March

24, 2006 at 10:00 a.m. be continued.  This request is made because discovery necessary

to further prepare and evaluate the case by counsel is still being reviewed.   Both counsel

agree to continue the March 24th hearing date.  The AUSA has just prepared a

preliminary plea agreement and that is being reviewed.   The parties request that the

March 24, 2006 court date be continued to April 21, 2006 at 10:00 a.m..  Counsel Gibbs,

for defendant, will be out of town on both April 7 and April 14.  The parties agree to

excluding time under the Speedy Trial Act, 18 U.S.C. Section 3161(b) from March 24, 2006 to April 21, 2006 in order to provide for effective preparation of the case.

IT IS SO STIPULATED:

_____
LEWIS A. DAVIS
Assistant United States Attorney

_____
ANTHONY W. GIBBS
Attorney for Defendant Prakash Darke

## ORDER

With the agreement of the parties, the Court enters this order setting the next hearing date to April 21, 2006, at 10:00 a.m. and orders excluding time under the Speedy Trial Act, 18 U.S.C. Section 3161(b) from March 24, 2006 to April 21, 2006.

IT IS SO ORDERED:

DATED _____

                              _____
                              WAYNE D. BRAZIL
                              United States Magistrate Judge